| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2010 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gibson, Kim R. | 2. Court or Organization U.S. District Court, PA | 3. Date of Report 05/04/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge (active) | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2010 to 12/31/2010 |
| 7. Chambers or Office Address 104 Penn Traffic Building 319 Washington Street Johnstown, PA 15901 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Board of Counselors, Penn State University Dickinson School of Law |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1978 | Somerset County Employees Retirement Plan - pension received each month beginning in 2001. |
| 2. 1998 | Pennsylvania State Employees Retirement Plan - pension received each month beginning in 2003; also medical insurance is provided under the plan. |
| 3. 1996 | United States Army Reserves Retirement - pension received each month beginning in June, 2008. |

**Gibson, Kim R.**

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Somerset County Employees Retirement Plan (county pension). | $11,101.00 |
| 2. 2010 | Pennsylvania State Employees Retirement Plan (state pension). | $17,170.00 |
| 3. 2010 | United States Army Reserves (military pension) | $42,627.00 |
| 4. 2010 | Penn State Dickinson School of Law | $23,944.00 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Penn State University Dickinson School of Law | 1/22-23/2011 | Carlisle, PA | Law School Bd. of Counselors Meeting | Lodging |
| 2. | Penn State University Dickinson School of Law | 4/17/2011 | Carlisle, PA | Law School Bd. of Counselors Meeting | Lodging |
| 3. | Allegheny County Bar Association | 6/17-19/ | Champion, PA | Bar Association Conference | Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gibson, Kim R. | 05/04/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Boston College University | Tuition | K |
| 2. | Citi Bank | Line of unsecured credit | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. | First National Bank - IRA Account | A | Interest | J | T | | | | | - |
| 2. | Somerset Trust Company | C | Interest | K | T | | | | | Assets- lines 6-12, 14-16 |
| 3. | Nationwide Life Insurance - Universal Life | A | int./div. | J | T | | | | | - |
| 4. | AAFMAA Life Insurance - Whole Life | A | int/div. | K | T | | | | | - |
| 5. | Prudential Life Insurance - Whole Life | A | int./div. | J | T | | | | | - |
| 6. | Real Estate-Residential Lot-Somerset, PA- appraisal 4/29/10 | | None | K | Q | | | | | - |
| 7. | Federated GNMA Trust #16 | A | Dividend | J | T | | | | | - |
| 8. | Federated Stock Trust #22 | A | Dividend | J | T | | | | | -See note in part VIII |
| 9. | Federated Growth Fund #656 | | None | J | T | | | | | -See note in part VIII |
| 10. | Federated Kaufman Class A Fund #66 | | None | J | T | | | | | - |
| 11. | Prime Obligations Fund Principal #10 | A | int. | J | T | | | | | - |
| 12. | Somerset Trust Company - Accounts | A | Interest | J | T | | | | | - |
| 13. | USAA Money Market | A | Int./Div. | J | T | | | | | |
| 14. | Fed. MDT Small Cap Growth #284 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 15. | Fed. MDT Large #269 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 16. | Fed. InterCont. Fund #176 | A | Int./Div. | J | T | | | | | See note in part VIII |
| 17. | | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) Part VII, page 4, line 8 - formerly known as Federated Stock Trust #19.

2) Part VII, page 5, line 9 - formerly known as Federated Growth Fund #48.

3) Part VII, page 5, line 14 - formerly known as Fed MDT Small Cap Growth #282.

4) Part VII, page 5, line 15, formerly known as Fed MDT Large #265.

5) Part VII, page 5, line 16 - formerly known as Fed Inter Cont Fund #169.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Kim R. Gibson**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544